AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Lane Joseph Winters<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:19MJ4250-JDG<br>)<br>)<br>)<br>) |

**FILED**

2:45 pm Nov 15 2019

**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  10/28/2019 through 11/13/19  in the county of  Richland  in the
Northern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Attempted Sexual Exploitation of Children |

This criminal complaint is based on these facts:
See Affidavit, which is incorporated fully herein and attached hereto.

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Ryan Anschutz, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1.

Date:  11-15-19

*Judge's signature*

City and state:  Cleveland, Ohio          Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*