1:19MJ4250-JDG

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## AFFIDAVIT

I, Ryan D. Anschutz, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. As will be shown below, there is probable cause to believe that LANE JOSEPH WINTERS attempted to sexually exploit a child, in violation of Title 18, United States Code, Section 2251(a) and (e).

2. I graduated from Wright State University with a Bachelor of Arts in Criminal Justice in 2006 and I have been a sworn law enforcement officer since October of 2006. I have been assigned to the Special Investigations Unit of the Mansfield Division of Police since April of 2016, and am currently assigned to the FBI Child Exploitation Task Force. In May 2016, I was sworn in as a Special Deputy U.S. Marshal assigned to the Federal Bureau of Investigation ("FBI"). While employed by the Mansfield Division of Police and assigned to the FBI, I have assisted in the investigation of federal criminal violations related to Violent Crimes and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI's Innocent Images National Initiative training center and everyday work related to conducting these types of investigations. I am also a member of the Ohio Internet Crimes Against Children ("Ohio ICAC") Task Force and investigate crimes involving images depicting child pornography and child exploitation. I have also received training in the investigation of various other criminal offenses. I have also received training through the Ohio ICAC Task Force in undercover communications ("CHAT") with adult offenders seeking sexual contact with juveniles and

1

perpetrators seeking to trade and distribute images of child pornography. During my career as a Detective as well as a Task Force officer in the FBI Child Exploitation Task Force, I have received training in the forensic interviewing of children. I have also investigated numerous violations through the course of my duties as a Mansfield Division of Police Detective and I have seized evidence and arrested persons for violations of Ohio and Federal law, resulting in arrests and convictions.

3. In my capacity as a Federal Task Force Officer, having received a Special Deputization from the United States Marshal's Office, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States under Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. Your Affiant is engaged in the enforcement of criminal laws and is within a category of officers authorized by the Attorney General to request and execute search warrants pursuant to Title 18, United States Code, Sections 3052 and 3107; and DOJ regulations set forth at Title 28, C.F.R, Sections 0.85 and 60.2(a).

4. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents and Task Force Officers; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training and background as a Task Force Officer ("TFO") with the FBI. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I

believe are necessary to establish probable cause to believe that CHRISTIAN KNUD SMITH committed violations of Title 18, United States Code, Section 2252A(a)(5)(B).

## STATUTORY AUTHORITY

5. As noted above, this investigation concerns alleged violations of Title 18, United States Code, Section 2251(a) and (e) which prohibits a person from using, persuading, inducing, enticing, or coercing a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced or transmitted using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

## PROBABLE CAUSE

6. On Monday October 28, 2019, at approximately 10:30am hours, EST an FBI WFO TFO was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC entered a private KIK group in which your UC has been a member for several months. Upon entering this group the UC observed an individual enter the room using the KIK name, "hungdaddy16"with a display name of, play Ohio. This individual was later identified as the defendant, LANE JOSEPH WINTERS. KIK is a free mobile application that permits users to send text messages and other content, including videos and images. KIK also allows members to create groups that allow users to communicate as a group and send pictures and videos. Based on your UC's experience this room caters to individuals who trade personal images of their daughters and discuss sexual desires or

real time sexual activities with their purported daughters.

7.	WINTERS entered the room informing the group that he had a 10 year-old [relative][1]. A member of the group asked WINTERS if he had pictures. WINTERS responded, "of course." On October 28, 2019, the UC initiated a private chat with WINTERS' via KIK instant messenger stating, "Hey dad here too." WINTERS did not immediately respond.

8.	On October 30, 2019, at 8:27am EST the UC observed WINTERS chatting in the public group with another KIK user. The following is a portion of that chat:

>	WINTERS: Had a great morning with [Minor Victim #1] before school!
>
>	Other KIK User: What you do?
>
>	WINTERS: She woke up with a belly covered in cum
>
>	Other KIK User: You took pics?
>
>	WINTERS: I do have pix. Not of this morning though because I was live video chatting with someone while I did it

9.	On November 4, 2019, the UC observed WINTERS post an image depicting a child sitting in a bathtub to the group. The UC initiated a private chat with WINTERS stating, "Hot got my 8 yo here how old is yours. WINTERS responded, "10" and sent the same image that was posted to the group. WINTERS stated, "just took this." The UC sent an image of his purported 8 year-old daughter (not a real child).  WINTERS sent the UC 6 live camera images of his [Minor Victim #1] while she was in a bathtub. The images depict the child's bare breast as she is sitting in the tub. Another image depicts her bare buttocks as she is standing in the tub. The child's face is visible in 5 of the 6 images.

---

[1] This affidavit has been redacted in an effort to protect the identity of the Minor Victim.

10. The UC asked WINTERS, Spy cam? WINTERS responded, "Little hole in the bathroom door from an old mirror that used to hang on it." The UC sent a few images of his purported daughter (not a real child). Winters stated, "Mmmmm pull her panties to the side."

11. During the course of the chat WINTERS stated that he sneaks in her room a couple times a week. WINTERS stated that he recently "nutted" on her blanket and ass" WINTERS further stated, "I tried to get a video but it was too dark. Flipped the light on and she flinched." During the course of the chat WINTERS sent a clothed image of [Minor Victim #1] lying on a bed. During the course of the chat WINTERS sent several images of [Minor Victim #1's] mother.

12. On November 11, 2019, at approximately 4:21 am EST WINTERS sent a live image of [Minor Victim #1]. The child is in bed on her side. The focus of the picture is on the child's buttocks. She is wearing grey shorts. WINTERS sent 2 additional live images of [Minor Victim #1]. The first image depicts a male exposing his erect penis next to a child sleeping. The second image is also a live (real time) image depicting WINTERS holding his erect penis and placing it near [Minor Victim #1] while she is asleep.

13. An exigent disclosure request was sent to KIK for subscriber information and IP logs associated with username hungdaddy16. KIK's response provided a display name of "play Ohio", an unconfirmed email address of hungstud2681@yahoo.com, a device description of Samsung android SM-G965U (Galaxy 9S+), and IP logs spanning October 14, 2019, through November 12, 2019. Examination of the logs yielded a combination of Verizon Wireless and Charter Communications IP addresses.

14. An exigent disclosure request was sent to Charter for subscriber identification and physical service address information associated with the most recently used IP address,

66.61.112.49. Charter verbally responded to this request identifying the subscriber as Grace Winters, with a physical service address of XX S Gamble Street, Shelby OH 44875 [redacted], and contact number of 567-844-XXXX [redacted].

15. Upon receipt of this information, WFO used Accurint, NCIC and open source searches to fully identify the suspected user of KIK account "hungdaddy16" as LANE JOSEPH WINTERS (DOB: XX/XX/1981; SSN: XXX-XX-5919)(redacted) of XX S. Gamble Street, Shelby OH 44875. His wife was identified as Grace Winters (DOB: XX/XX/1992) (redacted) also of XX S Gamble Street, Shelby OH 44875. Social networking profiles were identified for both individuals (www.facebook.com/lane.winters; www.facebook.com/grace.garrabrant). Examination of publicly viewable images on these profiles yielded several of a minor female visually matching the female in the images sent to the WFO OCE by KIK username "hungdaddy16."

16. On November 12, 2019, physical surveillance was conducted at XX S. Gamble Street, Shelby Ohio 44875. A 2005 Chrysler Town and Country mini-van was observed parked in the drive way in front of a detached garage in the rear of the residence. Ohio license plate GUD2204 was observed and it was found to be registered to WINTERS.

17. I searched various records indices for information regarding WINTERS of XX S. Gamble Street, Shelby, Ohio 44875.

   a. Ohio Bureau of Motor Vehicle records reports accessed through the Ohio Law Enforcement Gateway (OHLEG) database, which can be accessed and searched by affiant, for WINTERS, shows a valid Ohio driver's license with an active address of XX S. Gamble Street, Shelby, Ohio 44875.

18. On November 13th, 2019, a federal search warrant signed by the Honorable United States Judge Thomas M. Parker, was executed at XX S. Gamble St, Shelby, Ohio 44875 and on the person of LANE JOSEPH WINTERS at his place of employment. During the search warrants several cellular devices, computer(s), and electronic storage devices were seized. In particular, a Samsung Galaxy S9+ model SM-G965U from the person of WINTERS. This Samsung smartphone is not manufactured in the State of Ohio.

19. During the execution of the search warrant on WINTER's person, FBI TFO Allen askers WINTERS if he used KIK and WINTERS admitted that he did. TFO Allen asked WINTERS when was the last time he was on KIK and WINTERS replied it was the day before. WINTERS stated his username on KIK was "hung something" but claimed he could not remember the rest. When asked by TFO Allen if his username was "hungdaddy16," he said "No, nothing like that." Winters further denied having conversations on KIK about [Minor Victim #1] and then ended the interview.

20. On November 14th, 2019, a forensic extraction of data was performed on the Samsung Galaxy S9+ that was seized from the person of WINTERS. The phone was observed to have a set Bluetooth device name of "Lane", Current SIM Phone Number 4195442441, Operating System version 9, and Hotspot password of "Lanes hotspot". The user accounts on the phone included but are not limited to: "hungstud2681@gmail.com" (it is of note that this email address was used by the above KIK account "hungdaddy16" as described in paragraph 10), "lanewinters81", and "lanewinters81@gmail.com."

21. During the review of the forensic extraction of the Samsung Galaxy S9+ device, several images were located that were observed to be taken through a small hole in a door to the bathroom of XX S. Gamble St, Shelby, Ohio 44875. The images observed were similar to the

images described in paragraph 4 above.  Two images in particular found on the device depict the child's bare breast as she is sitting in the tub, and an image that is focused on the naked torso area of the child focused on the genitalia area, and a video of the child in the bath tub with her exposed bare breasts, torso, genitalia area and exposed buttocks.  File details are as follows:

    b.  File name: 1fdb6140-9d10-483bacb-7-6394c106baa7.mp4

        File size: 2285183 bytes

        Created on: 11/5/2019 at 2:06:14AM(UTC)

    c.  File name: **MjAxOTEwMjhfMDYxNJMxLmpwZw==~**

        File size:  287728 bytes

        Created on: 10/28/2019 at 6:16:31AM (UTC-4)

        MD5: **fbc5151944c934ef4760a68bfe3db153**

    d.  File name: **MjAxOTExMDRfMjAzMTEzLmpwZw==~**

        File size: 1591179 bytes

        Created on: 11/4/2019 at 8:31:13PM (UTC-5)

        MD5: **c1462e1f0aa193470dbc413e00dd6a04**

    22.    Affiant was additionally able to locate during the review of data from the forensic extraction an image that is described in paragraph 7 above that was taken on November 11, 2019 at 4:14:06AM (UTC) that shows the child in bed on her side with a focus on the child's buttocks and she is wearing grey shorts.

    23.    Additionally, on November 14th, 2019, during the forensic extraction review, I was able to locate an image of WINTERS standing over his identified 10 year old [Minor Victim #1] with his erect penis touching her forehead while she appears to be asleep.  It is of note that

the couch and an identifiable rug and pillow in the image were also identified during the search of the residence on November 13th, 2019.

24. During the search warrant at the residence of XX S. Gamble St, Shelby, Ohio 44875, the bathroom door was observed to have a hole in the door. When agents looked through the hole, the toilet and bathtub are visible as represented in the photos described in paragraph 14 and paragraph 4 above. This is consistent with WINTER's comments on KIK that he recorded the images and videos through a hole in the bathroom door.

## CONCLUSION

25. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that LANE JOSEPH WINTERS did attempt to sexually exploit a child in violation of Title 18, United State Code, Section 2251(a) and (e).

Respectfully submitted,

TFO Ryan D. Anschutz, FBI

Sworn to this 15th day of November, 2019, via telephone
after submission by reliable electronic means.
Fed. R. Crim. P. 4.1 and 41(d)(3).

Honorable Jonathan D. Greenberg
United States Magistrate Judge

9